UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY C. WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>K. O'CONNER, et al.,<br><br>    Defendants. | No. 2:16-cv-2675 MCE CKD P<br><br><br>ORDER |

On January 19, 2017, the undersigned issued findings and a recommendation that this prisoner civil rights action be dismissed for failure to timely file an amended complaint. (ECF No. 9.) Plaintiff did not file objections within the allotted two weeks. However, on March 23, 2017, plaintiff filed objections stating that, on January 18, 2017 and again on February 2, 2017, he was transferred between prisons and, during that period, was unable to file documents in this action. He requests a sixty-day extension of time to file an amended complaint. Good cause appearing, the court will vacate the recommendation of dismissal and grant plaintiff's request.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The January 19, 2017 findings and recommendations are hereby VACATED; and

////

////

////

1

2. No later than sixty days from the date of this order, plaintiff shall file an amended complaint as set forth in the December 9, 2016 screening order.

Dated: April 18, 2017

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / whit2675.va